```
                          United States Bankruptcy Court
                                District of Arizona
In re:                                                   Case No. 19-02179-EPB
ELGIE JOHNSON                                            Chapter 7
VICTORIA J. JOHNSON
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0970-2          User: admin           Page 1 of 2            Date Rcvd: Mar 06, 2019
                              Form ID: 309A         Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
```
db/jdb         +ELGIE JOHNSON,   VICTORIA J. JOHNSON,   326 PARKWAY CRT.,   PORT WASHINGTON, WI 53074-1134
15455219       +Alliant Gas / Pinacle Propane,   200 W. Longhorn Rd.,   Payson AZ 85541-4319
15455221       +Banner Health,   P.O. Box 52616,   Phoenix AZ 85072-2616
15455226       +Crystal Creek Holdings, LLC,   4856 E. Baseline Rd.,   Suite 106,   Mesa AZ 85206-4637
15455228     ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
                 (address filed with court: Ditech Financial Llc,   332 Minnesota St Ste 610,
                 Saint Paul MN 55101)
15455233       +Mercury Card/fb&t/tsys,   2220 6th St,   Brookings SD 57006-2403
15455234       +Mr. Cooper,   8950 Cypress Waters Blvd.,   Coppell TX 75019-4620
15455235       +Presto Auto Loans,   2641 W Indian School Rd,   Phoenix AZ 85017-4304
15455237       +SRP,   P.O. Box 80062,   Prescott AZ 86304-8062
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: rteague@mylawyeraz.com Mar 07 2019 01:11:34      ROBERT R. TEAGUE,
                 ARENTZ LAW GROUP, PLLC,   3101 North Central Avenue,   Suite 100,   PHOENIX, AZ  85012
tr              EDI: QDMREAVES.COM Mar 07 2019 05:38:00      DAVID M. REAVES,   PO BOX 44320,
                 PHOENIX, AZ  85064-4320
smg             EDI: AZDEPREV.COM Mar 07 2019 05:38:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
15455220       +EDI: GMACFS.COM Mar 07 2019 05:38:00      Ally Financial,   P.o. Box 380901,
                 Bloomington MN 55438-0901
15455223        E-mail/Text: bmg.bankruptcy@centurylink.com Mar 07 2019 01:13:00      CENTURY LINK,
                 PO BOX 91155,   Seattle WA 98111-9255
15455222        E-mail/Text: cms-bk@cms-collect.com Mar 07 2019 01:12:29      Capital Management Services,
                 698 1/2 Ogden Street,   Buffalo NY 14206-2317
15455224       +EDI: RCSFNBMARIN.COM Mar 07 2019 05:38:00      Credit One Bank Na,   Po Box 98872,
                 Las Vegas NV 89193-8872
15455225       +EDI: CREDPROT.COM Mar 07 2019 05:38:00      Credit Protection Asso,   13355 Noel Rd Ste 2100,
                 Dallas TX 75240-6837
15455227       +EDI: DISCOVER.COM Mar 07 2019 05:38:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington DE 19850-5316
15455229        E-mail/Text: bk@freedomfinancialnetwork.com Mar 07 2019 01:11:41      Freedom Plus,
                 1875 South Grant Street,   San Mateo CA 94402
15455230        EDI: IRS.COM Mar 07 2019 05:38:00      Internal Revenue Service,
                 Centralized Insolvency Operations,   PO Box 21126,   Philadelphia PA 19114
15455231       +EDI: CBSKOHLS.COM Mar 07 2019 05:38:00      Kohls/capone,   Po Box 3115,
                 Milwaukee WI 53201-3115
15455231       +E-mail/Text: bncnotices@becket-lee.com Mar 07 2019 01:12:05      Kohls/capone,   Po Box 3115,
                 Milwaukee WI 53201-3115
15455232        E-mail/Text: ktramble@lendmarkfinancial.com Mar 07 2019 01:11:38      Lendmark Financial Ser,
                 2118 Usher St.,   Covington GA 30014
15456239       +EDI: PRA.COM Mar 07 2019 05:38:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15455236       +E-mail/Text: bankruptcy@sdil.net Mar 07 2019 01:13:40      SOUTHWEST DIAG IMAGING LTD,
                 2323 W. Rose Garden Ln,   Phoenix AZ 85027-2530
15455238        EDI: VERIZONCOMB.COM Mar 07 2019 05:38:00      verizon,   P.O. Box 489,   Newark NJ 07101-0489
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                           Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

```
          DAVID M. REAVES    trustee@reaves-law.com,  dreaves@ecf.epiqsystems.com,karnold@reaves-law.com
          ROBERT R. TEAGUE   on behalf of Debtor ELGIE  JOHNSON rteague@mylawyeraz.com,
           rguanco@mylawyeraz.com,r43404@notify.bestcase.com,teaguerr43404@notify.bestcase.com
          ROBERT R. TEAGUE   on behalf of Joint Debtor VICTORIA J. JOHNSON rteague@mylawyeraz.com,
           rguanco@mylawyeraz.com,r43404@notify.bestcase.com,teaguerr43404@notify.bestcase.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                            TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **ELGIE JOHNSON** | Social Security number or ITIN | xxx–xx–3752 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **VICTORIA J. JOHNSON** | Social Security number or ITIN | xxx–xx–4234 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | Date case filed for chapter 7   3/1/19 | |
| Case number:   **2:19–bk–02179–EPB** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | ELGIE JOHNSON | VICTORIA J. JOHNSON |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 326 PARKWAY CRT.<br>PORT WASHINGTON, WI 53074 | 326 PARKWAY COURT<br>PORT WASHINGTON, WI 53074 |
| 4. | **Debtor's attorney**<br>Name and address | ROBERT R. TEAGUE<br>ARENTZ LAW GROUP, PLLC<br>3101 North Central Avenue<br>Suite 100<br>PHOENIX, AZ 85012 | Contact phone 602–266–9600 EXT 100<br>Email:  rteague@mylawyeraz.com |
| 5. | **Bankruptcy trustee**<br>Name and address | DAVID M. REAVES<br>PO BOX 44320<br>PHOENIX, AZ 85064–4320 | Contact phone 602–241–0101<br>Email:  trustee@reaves–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| 6. **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona** <br> **230 North First Avenue, Suite 101** <br> **Phoenix, AZ 85003–1727** | Office Hours: <br> 8:30 am – 4:00 pm Monday–Friday <br><br> Contact Phone: (602) 682–4000 <br> Date: 3/6/19 |
|---|---|---|
| 7. **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 8, 2019 at 08:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| 8. **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/7/19** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. <br> Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

Case 2:19-bk-02179-EPB   Doc 7   Filed 03/06/19   Entered 03/08/19 23:30:25   Desc
Imaged Certificate of Notice   Page 4 of 4