# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>JOHNSON, ELGIE and<br>JOHNSON, VICTORIA,<br><br>            Debtors. | Case No.: 2:19-bk-02179-EPB<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND URBANCITI REALTY & PROPERTY MANAGEMENT TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330** |

The *Application to Retain BK Global Real Estate Services and Urbanciti Realty & Property Management to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328, and 330* (the "Application"), BK Global Real Estate Services and Urbanciti Realty & Property Management, having come before the Court seeking to be appointed and authorized to act as brokers in the above-captioned case, and there being no objection thereto, and good cause appearing,

1

**IT IS ORDERED** approving the application to employ BK Global Real Estate Services and Urbanciti Realty & Property Management as brokers to the Trustee as of June 10, 2019, provided that no compensation shall be paid to brokers except upon appropriate application and after notice of hearing.

SIGNED AND DATED ABOVE BY THE
HONORABLE EDDWARD P. BALLINGER, JR.
UNITED STATES BANKRUPTCY COURT JUDGE