# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elgie Johnson and Victoria J. Johnson<br>　　　　Debtors.<br>_____<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br><br>　　　　Movant,<br>　vs.<br><br>Elgie Johnson and Victoria J. Johnson, Debtors;<br>David M. Reaves, Trustee.<br><br>　　　　Respondents. | No. 2:19-bk-02179-EPB<br><br>Chapter 13<br><br>(Related to Docket #26)<br><br>**ORDER APPROVING STIPULATION REGARDING REMOVAL OF BANKRUPTCY STAY**<br><br>RE: Real Property Located at<br>904 W Saddle Ln<br>Payson, AZ 85541<br><br>**AS AMENDED BY THE COURT** |

　　Upon consideration of the Stipulation Regarding Removal of Bankruptcy Stay (the "Stipulation") filed at Docket No. 26, and for good cause shown;

　　**IT IS HEREBY ORDERED** that the Stipulation is APPROVED, **as amended.**

**SIGNED AND DATED ABOVE.**