1  **TIFFANY & BOSCO**
   P.A.
2  SEVENTH FLOOR CAMELBACK ESPLANADE II
   2525 E. CAMELBACK ROAD
3  PHOENIX, ARIZONA 85016
   TELEPHONE: (602) 255-6000
4  FACSIMILE: (602) 255-0192

5
   Mark S. Bosco
6  State Bar No. 010167
   Leonard J. McDonald
7  State Bar No. 014228
   ljm@tblaw.com
8  Attorneys for Movant

9  19-01324

10           IN THE UNITED STATES BANKRUPTCY COURT

11               FOR THE DISTRICT OF ARIZONA

12

13  IN RE:                              No. 2:19-bk-02179-EPB

14  Elgie Johnson and Victoria J. Johnson    Chapter 7
            Debtors.
15                                      **STIPULATION FOR REMOVAL**
16  Nationstar Mortgage LLC d/b/a Mr. Cooper  **OF BANKRUPTCY STAY**

17              Movant,
       vs.                              RE: Real Property Located at
18                                            904 W Saddle Ln
                                              Payson, AZ 85541
19  Elgie Johnson and Victoria J. Johnson,
    Debtors; David M. Reaves, Trustee.
20                                      **AS AMENDED BY THE COURT**
            Respondents.
21

22
        IT IS HEREBY STIPULATED by and between the parties herein, through counsel
23
    undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy
24
                                      **October 9, 2019,**
25  Code Section 362(a), are hereby vacated effective ~~90 DAYS FROM THE DATE OF THIS~~ ==

26  ~~ORDER~~ with respect to the real property which is the subject of the Deed of Trust recorded on

                              1

June 10, 2018, at Recorders No. 2018-008467, in the records of the Gila County, Arizona

Recorder's Office, wherein Elgie Johnson and Victoria J. Johnson, are designated as trustors and

Nationstar Mortgage LLC d/b/a Mr. Cooper is the beneficiary/successor beneficiary, which Deed

of Trust encumbers the following described real property:

> Lot 80, PAYSON RANCHOS UNIT THREE, according to Map No. 349, records of Gila County, Arizona

IT IS FURTHER STIPULATED that the Movant is permitted ~~90 DAYS FROM THE~~ **on or after October 10, 2019** ~~DATE OF THIS ORDER~~ in its discretion to commence or conduct a Trustee's Sale,

commence judicial foreclosure, or take ~~whatever other~~ **valid** legal actions necessary to protect their

interest in the above legally described property

IT IS FURTHER STIPULATED that an Order Lifting Stay will remain in full force and

effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER STIPULATED that any hearing scheduled in the matter are vacated.

DATED this 25th day of June , 2019.

TIFFANY & BOSCO, P.A.

By: _____
     Mark S. Bosco
     Leonard J. McDonald
     Attorneys for Movant

_____
Robert R. Teague
Attorney for Debtor

_____
David M. Reayes
Trustee

2

1  June 10, 2018, at Recorders No. 2018-008467, in the records of the Gila County, Arizona

2  Recorder's Office, wherein Elgie Johnson and Victoria J. Johnson, are designated as trustors and

3  Nationstar Mortgage LLC d/b/a Mr. Cooper is the beneficiary/successor beneficiary, which Deed

4  of Trust encumbers the following described real property:

5
6        Lot 80, PAYSON RANCHOS UNIT THREE, according to Map No. 349, records of Gila
         County, Arizona

7                                                    **on or after October 10, 2019**
       IT IS FURTHER STIPULATED that the Movant is permitted ~~90 DAYS FROM THE~~==

8  ~~DATE OF THIS ORDER~~, in its discretion to commence or conduct a Trustee's Sale,
                                    **valid**
9  commence judicial foreclosure, or take ~~whatever other~~ legal actions necessary to protect their

10 interest in the above legally described property

11
12       IT IS FURTHER STIPULATED that an Order Lifting Stay will remain in full force and

13 effect in any bankruptcy chapter to which the Debtor may convert.

14       IT IS FURTHER STIPULATED that any hearing scheduled in the matter are vacated.

15       DATED this _____ day of _____, 2019.

16                                        TIFFANY & BOSCO, P.A.

17
18                                        By: _____
                                              Mark S. Bosco
19                                            Leonard J. McDonald
                                              Attorneys for Movant
20
21 Robert R. Teague
   Attorney for Debtor
22

23

24 David M. Reaves
   Trustee
25

26

2